In re Shannon K. BYERLY, David G. Iwanski, Stanley R. Kellenberger, Jian Qin, Wen–Huey Shih–Schroeder, Krzysztof A. Szymonski, Chuan–Ling Tsai, and Sandra M. Yarbrough.

No. 2008–1408.

United States Court of Appeals, Federal Circuit.

April 2, 2009.

Meredith Martin Addy, Brinks Hofer Gilson & Lione, of Chicago, IL, argued for appellants. With her on the brief were K. Shannon Mrksich, and Julie L. Leichtman. Of counsel was Luke A. Parsons.

Thomas L. Stoll, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Shannon M. Hansen, Associate Solicitor.

BRYSON and MOORE, Circuit Judges, and CUDAHY, Senior Circuit Judge.*

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

* The Honorable Richard D. Cudahy, Senior Circuit Judge, United States Court of Appeals

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36